UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on December 16, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA | :   CRIMINAL NO. |
| v. | :   MAGISTRATE NO. 26-mj-22 |
| WILLIE ENGRAM, | :   VIOLATIONS: |
| Defendant. | :   18 U.S.C. § 922(g)(1) |

:   (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)

:   26 U.S.C. § 5861(c)

:   (Possession of a Firearm Made in Violation of the National Firearms Act)

:   22 D.C. Code § 402

:   (Assault with a Dangerous Weapon)

:   FORFEITURE:
:   18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and
:   28 U.S.C. § 2461(c)

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about January 30, 2026, within the District of Columbia, **WILLIE ENGRAM,** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 1973

FEL 073988, did unlawfully and knowingly receive and possess a firearm, that is, a Harrington & Richardson shotgun, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1)).

## COUNT TWO

On or about January 30, 2026, within the District of Columbia, **WILLIE ENGRAM** knowingly received and possessed a firearm, a Harrington & Richardson a shotgun having a barrel of less than 18 inches in length, made in violation of chapter 53 of Title 26.

(**Possession of a Firearm Made in Violation of the National Firearms Act**, in violation of Title 26, United States Code, Section 5861(c)).

## COUNT THREE

On or about January 30, 2026, within the District of Columbia, **WILLIE ENGRAM** assaulted M.S. with a dangerous weapon, that is, a firearm.

(**Assault with a Dangerous Weapon**, in violation of Title 22, District of Columbia Code, Section 402).

## FORFEITURE ALLEGATION

1.    Upon conviction of the offenses alleged in Count One, Count Two or Count Three of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses, including but not limited to a Harrington & Richardson Shotgun.

2

2.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

JEANINE FERRIS PIRRO                          A TRUE BILL:
UNITED STATES ATTORNEY

By: _____                          FOREPERSON.
GAURI GOPAL
ASSISTANT UNITED STATES ATTORNEY

3